IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN D. ZAAYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO. 13-cv-1014-JPG-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

      This matter is currently before the Court on the parties' Agreed Motion to Remand to the Commissioner (Doc. 20).  The parties agree that, pursuant to sentence four of § 405(g) of the Social Security Act, the decision of the Commissioner of Social Security should be reversed due to errors, and this action should be remanded for further administrative proceedings (Doc. 20).

      The parties further agree that on remand, the ALJ shall (1) reevaluate the medical and other opinions of record, articulating the weight assigned and the reasons for the weight; (2) further evaluate Plaintiff's subjective symptoms; (3) further assess Plaintiff's residual functional capacity, specifically the limitation to "no reaching on the right" and including further consideration of all limitations caused by medically determinable impairments; (4) obtain supplemental testimony from a vocational expert; and (5) issue a new decision (Doc. 20).

      The Court has some concern over the length of time that Plaintiff's application has been pending.  He applied for Supplemental Security Income over five years ago in April 2009, and the ALJ issued his decision on August 25, 2011 (Tr. 20-34).  Plaintiff's administrative remedies were exhausted in February 2013 when the Appeals Council denied his request for review (Tr.

13).  While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this matter to the extent practicable.

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner (Doc. 20) is **GRANTED**.  The final decision of the Commissioner of Social Security denying Kevin Zaayer's application for social security benefits is **REVERSED** and this action is **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, in accordance with sentence **four** of 42 U.S.C. §405(g) and the parties' agreement.

The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**
**DATED:  May 9, 2014**

                                                                                                     s/J. Phil Gilbert
                                                                                                     **J. PHIL GILBERT**
                                                                                                     **DISTRICT JUDGE**