IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN D. ZAAYER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) NO. 13-cv-1014-JPG-CJP |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' agreed motion for attorney's fees (Doc. 24). The Court has reviewed the motion and finds that the requested fee award is appropriate under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and accordingly **GRANTS** the motion for attorney fees (Doc. 24) and **ORDERS** that the plaintiff be awarded $5,800 for attorney fees and expenses. Any fees paid belong to plaintiff and may be offset to satisfy pre-existing debt that plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If the defendant can verify that plaintiff does not owe pre-existing debt subject to offset, the defendant shall direct payment of the award to plaintiff's attorney pursuant to the EAJA assignment. This award will satisfy all of the plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.

**IT IS SO ORDERED.**
DATED: June 19, 2014

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**